■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS PATRONA, Appellant. [648 NYS2d 315] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered August 8, 1989, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

For the most part the defendant failed to preserve for appellate review his contention that the prosecutor made improper statements during his summation *(see,* CPL 470.05 [2]; *People v Nuccie,* 57 NY2d 818, 819; *People v Simms,* 222 AD2d 622; *People v Melendez,* 143 AD2d 946, 947). In any event, the remarks in question were fair comment on the evidence *(see, People v Ashwal,* 39 NY2d 105; *People v Simms, supra),* or fair response to the comments that the defense counsel made during summation *(see, People v Galloway,* 54 NY2d 396; *People v Blair,* 226 AD2d 470; *People v Miller,* 183 AD2d 790, 791).

The defendant's sentence was not excessive. Thompson, J. P., Sullivan, Santucci and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD PETERS, Appellant. [648 NYS2d 447] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered July 31, 1995, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the court improperly issued a permanent order of protection in favor of the victim at sentencing because such order of protection was not a part of the plea agreement. Since the defendant failed to object to the issuance of the order of protection at sentencing, this contention is unpreserved for appellate review *(see,* CPL 470.05 [2]). In any event, an order of protection may be issued independent of a plea agreement *(see,* CPL 530.13 [4]; *People v Ela,* 226 AD2d 474; *People v Oliver,* 182 AD2d 716). Mangano, P. J., O'Brien, Pizzuto, Goldstein and Luciano, JJ., concur.